JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AQ BACKHOE SERVICE INC., <br><br> Defendant. | Case No. CV 10-09506 DMG (AJWx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order re Plaintiff's Motion for Default Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust and against Defendant AQ Backhoe Service Inc. as follows:

1. Plaintiffs shall recover the principal amount of $35,458.88 (consisting of unpaid fringe benefit contributions of $31,719.08, liquidated damages of $3,171.91, and prejudgment interest of $567.89).

2.  Plaintiffs shall recover attorneys' fees of $3,820.50 and costs of $465.75, and post-judgment interest as provided by law from the date of entry of the judgment herein.

**IT IS SO ORDERED**.

DATED:   April 4, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE